**SMART OPTIONS, LLC,**
**Plaintiff–Appellant,**

v.

**JUMP ROPE, INC., Defendant–**
**Appellee.**

**Nos. 2013–1116, 2013–1218.**

United States Court of Appeals,
Federal Circuit.

April 16, 2014.

Geoffrey Andrew Baker, Smart Options, LLC, of Chicago, IL, argued for plaintiff-appellant.

Todd H. Flaming, KrausFlaming, LLC, of Chicago, IL, argued for defendant-appellee.

LOURIE, CLEVENGER, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**